UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-00356-F-1
No. 5:10-CV-00445-F

| | |
|---|---|
| MARVIN WILBERT POWELL, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | ORDER |

This matter is before the court on Marvin Wilbert Powell's Motion to Expand the Scope of the Evidentiary Hearing [DE-132]. The court has examined Powell's motion in light of the voluminous briefing that has occurred in this case and has determined that expansion of the evidentiary hearing scheduled for August 11, 2014 is not warranted. Accordingly, Powell's Motion to Expand the Scope of the Evidentiary Hearing [DE-132] is DENIED.

SO ORDERED.

This 22 day of July, 2014.

                                        JAMES C. FOX
                                      United States District Judge