# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Marvin Wilbert Powell | Case No: 5:04-CR-356-1F<br>USM No: 24938-056 |
| Date of Original Judgment: January 18, 2006<br>Date of Previous Amended Judgment: May 28, 2008<br>*(Use Date of Last Amended Judgment if Any)* | Alan DuBois, Assistant Federal Public Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 235 months, concurrent, on Counts 1 and 2, 60 months, concurrent, on Count 3, and 120 months, concurrent, on Count 5; Count 4 remains 60 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 18, 2006, and May 28, 2008 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/1/16

*Judge's signature:* James C. Fox

Effective Date: _____
*(if different from order date)*

James C. Fox  Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011