IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-356-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **REASSIGNMENT ORDER** |
| MARVIN WILBERT POWELL, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:04-CR-356-1BO.**

SO ORDERED. This the 12th day of June, 2019.

Peter A. Moore, Jr.
Clerk of Court